**REDACTED**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE (CLAIMANT),<br><br>Petitioner,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Respondent. | No. 23-271 |

**CERTIFICATE LISTING AND DESCRIBING
THE DOCUMENTS AND OTHER MATERIALS
IN THE RECORD ON PETITION FOR REVIEW
OF THE FINAL ORDER
OF THE SECURITIES AND EXCHANGE COMISSION**

Pursuant to Rule 17(b)(1)(B) of the Federal Rules of Appellate Procedure, the Securities and Exchange Commission ("Commission") certifies that the documents and other materials set forth below comprise the record on which the Commission's order denied the whistleblower award claim of petitioner John Doe (Claimant) ("Doe").[1]

---

[1] Consistent with this Court's order dated April 12, 2023, the Commission has identified petitioner in this filing by the pseudonym used in the petition for review rather than by name. If desired by the

*See* Rule 21F-13(b) under the Securities Exchange Act of 1934, 17 C.F.R. § 240.21F-13(b).

| Doc. No. | Description |
|---|---|

**I.        THE NOTICE OF COVERED ACTION**

1. Notice of Covered Action No. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Notice of Covered Action: ▮▮▮ Archive, Commission's Office of the Whistleblower ▮▮▮▮▮, available at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**A.        THE CIVIL ACTION**

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ("Civil Action"), Dkt. ▮, Complaint ▮▮▮▮▮▮▮▮.

3. Civil Action, Dkt. ▮, Preliminary Injunction Order ▮▮▮▮▮▮▮.

4. Civil Action, Dkt. ▮, Amended Complaint ▮▮▮▮▮▮.

5. Civil Action, Dkt. ▮▮ ▮▮▮▮▮▮▮▮▮.

    a. Dkt. ▮, Application for an Expedited Order to Show Cause Why Defendants ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Should Not Be Held in Contempt.
    b. Dkt. ▮, Memorandum of Law.
    c. Dkt. ▮, Declaration of Doe.
    d. Dkt. ▮, Exhibit 1.
    e. Dkt. ▮, Exhibit 2.

---

Court, the Commission can also file a version under seal that includes petitioner's name.

**Doc. No.**   **Description**

          f.    Dkt. ▇, Exhibit 3.
          g.   Dkt. ▇, Exhibit 4.
          h.   Dkt. ▇, Declaration of ▇.
          i.    Dkt. ▇, Exhibit 1.
          j.    Dkt. ▇, Exhibit 2.
          k.   Dkt. ▇, Exhibit 3.
          l.    Dkt. ▇, Exhibit 4.
          m.  Dkt. ▇, Exhibit 5.
          n.   Dkt. ▇, Exhibit 6.
          o.   Dkt. ▇, Exhibit 7.
          p.   Dkt. ▇, Exhibit 8.
          q.   Dkt. ▇, Exhibit 9.
          r.    Dkt. ▇, Exhibit 10.
          s.    Dkt. ▇, Exhibit 11.
          t.    Dkt. ▇, Exhibit 12.
          u.   Dkt. ▇, Exhibit 13.
          v.   Dkt. ▇, Exhibit 14.

6. Civil Action, Dkt. ▇, Order to Show Cause ▇.

7. Civil Action, Dkt. ▇, Plaintiff's Reply Memorandum of Law ▇.

8. Civil Action, Dkt. ▇, Memorandum-Decision and Order ▇.

9. Civil Action, Dkt. ▇, Second Amended Complaint ▇.

10. Civil Action, Dkt. ▇, Plaintiff's Statement of Material Facts ▇.

11. Civil Action, Dkt. ▇, Memorandum-Decision and Order ▇.

| Doc. No. | Description |
|---|---|
| 12. | Civil Action, Dkt. ▮▮, Memorandum-Decision and Order ▮▮▮▮▮▮▮▮▮▮. |
| 13. | Civil Action, Dkt. ▮▮, Final Judgment as to Defendant ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. |
| 14. | Civil Action, Dkt. ▮▮, Final Judgment as to Defendant ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. |
| 15. | Civil Action, Dkt. ▮▮, Final Judgment as to ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. |
| 16. | Civil Action, Dkt. ▮▮, Amended Final Judgment as to Defendant ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. |
| 17. | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Summary Order (2d Cir. ▮▮▮▮▮▮▮▮). |

**B.  THE ADMINISTRATIVE PROCEEDINGS**

| | |
|---|---|
| 18. | *In the Matter of* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Admin. Proc. File No. ▮▮▮▮▮▮ ("▮▮▮▮▮ Administrative Proceeding"), Order Instituting Administrative Proceedings and Notice of Hearing ▮▮▮▮▮▮▮▮▮▮▮▮. |
| 19. | ▮▮▮▮▮ Administrative Proceeding, Initial Decision Making Findings and Imposing Sanction by Default as to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. |
| 20. | ▮▮▮▮▮ Administrative Proceeding, Notice That Initial Decision Has Become Final [as to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮] ▮▮▮▮▮▮▮▮▮. |

4

| Doc. No. | Description |
|---|---|
| 21. | ▮▮▮▮ Administrative Proceeding, Order Making Findings and Imposing Remedial Sanctions as to ▮▮▮▮ ▮▮▮▮. |
| 22. | *In the Matter of* ▮▮▮▮, Admin. Proc. File No. ▮▮▮▮ ("Broker Administrative Proceeding"), Order Instituting Administrative and Cease-and-Desist Proceedings and Notice of Hearing ▮▮▮▮. |
| 23. | Broker Administrative Proceeding, Order Making Findings and Imposing Remedial Sanctions and a Cease-and-Desist Order as to ▮▮▮▮ ▮▮▮▮. |
| 24. | Broker Administrative Proceeding, Initial Decision ▮▮▮▮. |
| 25. | Broker Administrative Proceeding, Notice That Initial Decision Has Become Final ▮▮▮▮. |
| 26. | Broker Administrative Proceeding, Order Making Findings and Imposing Remedial Sanctions and a Cease-and-Desist Order ▮▮▮▮. |

## II. WHISTLEBLOWER AWARD CLAIMS OF CLAIMANT

| | |
|---|---|
| 27. | Form WB-APP: Application for Award for Original Information Submitted Pursuant to Section 21F of the Securities Exchange Act of 1934, with attachments, submitted by Doe, dated ▮▮▮▮. |

**Doc. No.**   **Description**

### III. MATERIALS CONSIDERED IN ISSUING THE PRELIMINARY DETERMINATION AS TO CLAIMANT

28. Form Tips, Complaints and Referrals ("TCR"), with attachments, submitted by Doe, dated ██████████.

    a. Form TCR.
    b. Volume 1, Exhibits 1–33.
    c. Volume 2, Exhibits A–R.

29. Supplemental submission, with attachments, submitted by Doe, dated ██████████.

30. Supplemental submission, with attachments, submitted by Doe, dated ██████████.

    a. Part 1.
    b. Part 2.

31. Form TCR, with attachments, submitted by Doe, dated ██████████.

    a. Form TCR.
    b. Exhibits, Part 1.
    c. Exhibits, Part 2.
    d. Doe Biography.

32. Supplemental submission, with attachments, submitted by Doe, dated ██████████.

33. Form TCR, with attachments, submitted by Doe, dated ██████████.

34. Supplemental submission, with attachments, submitted by Doe, dated ██████████.

| Doc. No. | Description |
|---|---|

| | |
|---|---|
| 35. | Declaration of ▬▬▬, Attorney, Commission's Division of Enforcement, dated ▬▬▬. |

## IV. THE PRELIMINARY DETERMINATION

| | |
|---|---|
| 36. | Preliminary Determination of the Claims Review Staff, Notice of Covered Action No. ▬▬▬, with cover letter to Doe from Jonathan Carr, Assistant Director, Commission's Office of the Whistleblower, dated ▬▬▬. |

## V. RESPONSE BY CLAIMANT TO THE PRELIMINARY DETERMINATION

| | |
|---|---|
| 37. | Confidentiality Agreement between Doe and Commission's Office of the Whistleblower, dated ▬▬▬. |
| 38. | Cover Letter from Emily Pasquinelli, Acting Chief, Commission's Office of the Whistleblower to Doe, enclosing staff declaration and confidentiality agreement, dated ▬▬▬. |
| 39. | Request for Reconsideration, submitted by Doe, dated ▬▬▬. |

## VI. THE FINAL ORDER

40. Order Determining Whistleblower Award Claim, Securities Exchange Act of 1934 Release No. 96767, Whistleblower Award Proceeding File No. 2023-34 with cover letter from Nicole C. Kelly, Chief, Commission's Office of the Whistleblower to Doe, dated January 30, 2023.

For the Commission, by its Secretary, pursuant to delegated authority.

*/s/ J. Matthew DeLesDernier*
J. Matthew DeLesDernier
Deputy Secretary

Dated: April 13, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system, which will effectuate service on all registered users, including counsel of record for petitioner John Doe.

/s/ Stephen G. Yoder
STEPHEN G. YODER
Senior Appellate Counsel

Dated: June 27, 2023